UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:08-CR-53 |
| ANTHONY SHANNON, | ) ) ) | (PHILLIPS/GUYTON) |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

This case is before the Court on the Defendant's *pro se* letter, asking for the Court to appoint new counsel to represent him. This letter, which has been docketed as a motion, was filed on February 3, 2010, and referred [Doc. 43] to the undersigned on February 5, 2010. See 28 U.S.C. § 636(b). On February 16, 2010, defense counsel Attorney Michael B. Coleman, filed a Motion to Withdraw Motion to Appoint New Counsel (Doc. 42) [Doc. 44], stating that the Defendant's *pro se* letter had been filed inadvertently. Attorney Coleman states that he has conferred with the Defendant and that the Defendant requests that Mr. Coleman continue to represent him and that his letter be withdrawn. In light of these representations to the Court by counsel, the Motion to Withdraw Motion to Appoint New Counsel [**Doc. 44**] is **GRANTED**. Accordingly, the Defendant's *pro se* letter [**Doc. 40**] for new counsel is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge